Argued January 18, affirmed January 18, 1972

STATE OF OREGON, *Respondent, v.* JOHN PIER-
SON TOWNLEY (No. C-71-02-0511 Cr), *Appellant.*

492 P2d 834

*F. E. Glenn,* Deputy Public Defender, Salem, ar-
gued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and
Thornton, Judges.

Affirmed from the bench.